428 A.2d 254

Rutherford et al., Appellants v. Keim.

Argued December 3, 1979. Karen Balaban, for appellants; William F. Martson, for appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order of the court below affirmed.